**Goes Lithographing Company, appellee, v. Gallanis Brothers, appellant. Gen. No. 29,209.**

Action upon promissory notes. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John Bedinger, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed October 7, 1924. Rehearing denied October 17, 1924.

Litsinger, Healy & Reid, for appellant. Adolph Marks, for appellee.

Mr. Presiding Justice Fitch delivered the opinion of the court.

---

**Elizabeth F. Cullerton, appellee, v. John W. Kelley and Beatrice Kelley, appellants. Gen. No. 29,237.**

Action for commission for selling real property. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed October 7, 1924.

Eklund & Erickson, for appellants. A. D. Gash, for appellee.

Mr. Presiding Justice Fitch delivered the opinion of the court.

---

**Fred A. Lohn, appellee, v. J. A. Foberg, appellant. Gen. No. 29,249.**

Action for personal injuries. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed October 7, 1924.

William J. Dillon, for appellant. William H. A. Rust, for appellee; Ernest C. Reniff, of counsel.

Mr. Presiding Justice Fitch delivered the opinion of the court.

---

**The Farr Brothers Company, appellee, v. William Meech, appellant. Gen. No. 29,277.**

Action for building materials sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed October 7, 1924.

Novak & Novak, for appellant; Frank H. Novak, of counsel. Culver, Andrews & King, for appellee; C. King, of counsel.

Mr. Presiding Justice Fitch delivered the opinion of the court.